STATE OF NEW JERSEY v. JOHN W. SYKES.

October 18, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. PAUL MAY.

October 18, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ALVIN GRIFFIN.

October 18, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM PRICE MILLER.

October 18, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. RAMON LOPEZ.

October 18, 1988.

Petition for certification denied.